## Deaton, et al v. Burton, et al.

Appeal from Breathitt Circuit Court.

MODIFICATION OF OPINION BY JUDGE NUNN.

Counsel for appellants seek a modification of the opinion, claiming that Hall has already been paid the $600.00, as is shown by his testimony in the case. If this be true, he will not likely redocket the old case, and if he does, then those who were parties to the old suit, or others interested, have the privilege of showing that, and in that event no judgment will be entered.

The mandate is modified as above indicated. (See Deaton v. Burton, 142 Ky., 7.)